IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION



| | |
|---|---|
| SANDRA K. WEBB, | |
| Petitioner, | |
| vs. | No. 05-1187-T/An |
| DAVID L. WOOLFORK, | |
| Respondent. | |

ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS
AND
ORDER DIRECTING PETITIONER TO PAY THE HABEAS FILING FEE

Petitioner Sandra K. Webb, who apparently is not currently a prisoner, filed a pro se petition pursuant to 28 U.S.C. § 2254 on July 7, 2005, challenging her conviction in the Madison County Circuit Court on forty-seven (47) counts of animal cruelty, along with a motion seeking leave to proceed in forma pauperis.

The minimal information set forth in the petitioner's in forma pauperis affidavit is insufficient to permit the Court to conclude that she is unable to pay the habeas filing fee, which is only five dollars ($5.00). Accordingly, the petitioner is ORDERED, within thirty days of the date of entry of this order, either to submit a new in forma pauperis affidavit that describes with specificity the reason why this minimal filing fee is beyond the petitioner's means or to pay the habeas filing fee. Failure timely to timely comply with any requirement

of this order will result in dismissal of the petition without further notice for failure to prosecute.

IT IS SO ORDERED this 7th day of October, 2005.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 1:05-CV-01187 was distributed by fax, mail, or direct printing on October 11, 2005 to the parties listed.

---

Sandra K. Webb
PO Box 1451
Jackson, TN 38302

Honorable James Todd
US DISTRICT COURT